Opinion issued December 12, 2002











 



In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00770-CR

____________


WAYNE ANTHONY STRANGE, Appellant


V.


THE STATE OF TEXAS, Appellee






On Appeal from the 262nd District Court

Harris County, Texas

Trial Court Cause No. 912756






MEMORANDUM OPINION


 This is an appeal from the trial court's order revoking appellant's pretrial
bond. We will dismiss.

 Appellant was charged with possession with intent to deliver phencyclidine. 
The trial court ordered, as a condition of appellant's pretrial bond, that appellant
submit to a rapid drug screen. The drug screen result was positive for phencyclidine,
and the trial court revoked the bond. Appellant's counsel filed a motion to reinstate
the bond, which was denied on July 12, 2002. On July 15, 2002, appellant filed a pro
se notice of appeal from the denial of the motion. On December 2, 2002, appellant
was convicted of the offense and sentenced to confinement for 15 years.

 The appeal is dismissed as moot.

 

PER CURIAM


Panel consists of Justices Hedges, Keyes, and Duggan. (1)


Do not publish. Tex. R. App. P. 47.
1. The Honorable Lee Duggan, Jr., retired Justice, Court of Appeals, First District
of Texas at Houston, participating by assignment.